UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BRITTNEY BEECHE,

Plaintiff,

v.

ST. COLUMBA SCHOOL, et al.,

Defendants.

Case No.: 3:26-cv-4642-CAB-DDL

**ORDER DENYING MOTION TO PROCEED IFP**

**[Doc. No. 2]**

On August 14, 2026, Plaintiff Brittney Beeche, proceeding pro se, filed suit against Defendants St. Columba School and Roman Catholic Diocese of San Diego for alleged violations of the Americans with Disabilities Act and Title VII of the Civil Rights Act of 1964. [Doc. No. 1 ("Complaint").] Plaintiff did not prepay the civil filing fees required by 28 U.S.C. § 1914(a) at the time of filing; instead, she filed a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). [Doc. No. 2.]

Generally, all parties instituting a civil action in this Court must pay a filing fee. *See* 28 U.S.C. § 1914(a); CivLR 4.5(a). But under 28 U.S.C. § 1915(a), the Court may authorize any suit's commencement, prosecution, or defense without payment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing he or

she is unable to pay filing fees or costs. "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015.) "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal quotation marks omitted). Granting or denying leave to proceed IFP in civil cases is within the district court's sound discretion. *Venable v. Meyers*, 500 F.2d 1215, 1216 (9th Cir. 1974) (citations omitted).

Plaintiff states that she earns $3,332.50 per month from self-employment as a tutor and as an independent contractor for Day Prep. [*See* Doc. No. 2 at 1.] Plaintiff also states her expenses total $2,580.80 per month and she has $5,600 in cash or in a checking or savings account. [*See id.* at 2.] Plaintiff has shown an ability to pay the court costs and still afford the necessities of life. Therefore, the Court **DENIES** her motion to proceed IFP. Plaintiff may pay the $405 filing fee required by 28 U.S.C. § 1914(a) by **December 9, 2026**, or the case shall be **DISMISSED** without further order from the Court.

It is **SO ORDERED**.

Dated: November 9, 2026

Hon. Cathy Ann Bencivengo
United States District Judge